**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1687

PEDRO JOSE MONROY CLAVIJO,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General of the
United States,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals. (A79-745-825)

Submitted: November 23, 2005      Decided: December 27, 2005

Before WILKINSON, LUTTIG, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Howard T. Mei, Bethesda, Maryland, for Petitioner. Paul J.
McNulty, United States Attorney, Richard W. Sponseller, Assistant
United States Attorney, Alexandria, Virginia, for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Pedro Jose Monroy Clavijo petitions this court for review of a decision of the Board of Immigration Appeals (Board) affirming the immigration judge's ruling finding him removable and denying asylum relief.  The Board's order was entered on May 20, 2005. Monroy Clavijo's petition for review was filed with this court on June 22, 2005, thirty-two days later.

Pursuant to 8 U.S.C. § 1252(b)(1) (2000), Monroy Clavijo had thirty days from the date of the Board's final order, or until June 20, 2005, to file a timely petition for review.  This time period is "jurisdictional in nature and must be construed with strict fidelity to [its] terms."  Stone v. INS, 514 U.S. 386, 405 (1995).  It is "not subject to equitable tolling."  Id.  As Monroy Clavijo's petition for review was not timely filed, we lack jurisdiction to review his claim.

Accordingly, we dismiss the petition for review for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -